payment of said costs. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Trust Mortgage made by RECLAMATION & BUILDING CORPORATION et al., Plaintiff, v. RECLAMATION & BUILDING CORPORATION et al., Defendants. In the Matter of the Application of CARL S. BRESNICK, Respondent, against IRVING H. SAYPOL et al., as Voting Trustees under a Voting Trust Agreement between MANQUEEN CORPORATION and Others, Appellants, and CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Trustee under an Indenture of Mortgage made by Manqueen Corporation, Respondent.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements to the petitioner-respondent. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

HERMAN RATOFF, Respondent-Appellant, v. CENTRAL SMELTING CO., INC., et al., Appellants-Respondents, and SAM HOFFMAN, Respondent.— Judgment reversed and a new trial ordered of the issue of malicious prosecution against the defendants Central Smelting Co., Inc., Samuel Paymer and Elliot Paymer, with costs to said defendants-appellants to abide the event on the ground that the verdict against said defendants was against the weight of the credible evidence. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Callahan, J., dissents and votes to affirm. Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

HERMAN RATOFF, Respondent, v. CENTRAL SMELTING CO., INC., et al., Appellants, et al., Defendants.— Appeal dismissed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Callahan, J., dissents and votes to affirm.

TRANE COMPANY, Respondent, v. WALTER KIDDE CONSTRUCTORS, INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

EMANUEL BERG, Respondent, v. DAVID MOSKOWITZ, Appellant, et al., Defendants.— In view of the nature of the complaint, the question as to whether the alleged contract contravenes the Statute of Frauds should await determination at a trial where there may be a full adducement of all pertinent facts. Order unanimously affirmed, with $20 costs and disbursements. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of LOUIS MILLER, Trading as LOUIS MILLER & Co. and BRIDGEVILLE SHIRT Co., Appellant, v. MANUFACTURERS DISCOUNT CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [186 Misc. 756.] [See *post*, p. 935.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SNYDER and IDA GAULLI, Appellants.— Judgment unanimously affirmed as to the defendant Joseph Snyder. Judgment unanimously reversed as to defendant Ida Gaulli and the complaint against her dismissed on the ground that the guilt of said defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

BONNER & BONNER, INC., Respondent-Appellant, v. H. AUSTIN LEANDER, Appellant-Respondent.— Order unanimously affirmed, without costs, with leave